UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW B. MAJOR,

    Plaintiff,

v.

WARDEN MCVEGE, et al.,

    Defendants.

Case No. 24-cv-02629 BLF

**ORDER OF DISMISSAL**

Plaintiff, a state inmate, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against several parole officers in San Jose and several individuals at Valley State Prison ("VSP"), where Plaintiff was previously incarcerated. Dkt. No. 1. On October 1, 2024, the Court dismissed the complaint with leave to amend and granted Plaintiff's motion for leave to proceed *in forma pauperis*. Dkt. Nos. 7, 8. On October 21, 2024, mail sent to Plaintiff at the San Mateo Jail, where he indicated he was confined, Dkt. No. 1 at 1, were returned as undeliverable with the indication that he was no longer in custody ("NIC"). Dkt. Nos. 9, 10.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a).

The Court may, without prejudice, dismiss a petition when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).

More than sixty days have passed since mail addressed to Plaintiff was first returned as undeliverable on October 21, 2024, because he was not custody.  Dkt. Nos. 9, 10.  The Court has not received a notice from Plaintiff of a new address or any further communication from him.  Accordingly, this action is **DISMISSED** without prejudice pursuant to Local Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  ___**January 8, 2025**____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.24\02629Major_LR3-11dism

2