UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. MAJOR,<br><br>     Plaintiff,<br><br>  v.<br><br>WARDEN MCVEGE, et al.,<br><br>     Defendants. | Case No. 24-cv-02629 BLF<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file

**IT IS SO ORDERED.**

Dated:  __January 8, 2025____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\02629Major_judgment